**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**DEXTER HARMON,
ADC #152483**                                                                                                **PLAINTIFF**

**VS.**                        **2:15-CV-00187-BRW-JTK**

**CORDAIEO JACKSON,** *et al.*                                                                 **DEFENDANTS**

<u>**ORDER**</u>

I have received the Proposed Findings and Recommendation from United States Magistrate Judge Jerome T. Kearney.[1] I have also received the objection filed by *Pro Se* Plaintiff Dexter Harmon. After a careful review of the Recommendations and the objection, and a *de novo* review of the record, I adopt the Recommendation in its entirety as my findings in all respects.

Accordingly, Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 42) is DENIED.

IT IS SO ORDERED this 4th day of August, 2016.

                                                                                               /s/Billy Roy Wilson
                                                                    UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 48.