## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**DEXTER HARMON,**
**ADC #152483** **PLAINTIFF**

**VS.** **2:15-CV-00187-BRW-JTK**

**CORDAIEO JACKSON,** *et al.* **DEFENDANTS**

### ORDER

I have reviewed the Recommendation (Doc. No. 77) submitted by United States Magistrate Judge Jerome T. Kearney, and the objection[1] filed by Plaintiff. After carefully considering these documents and making a *de novo* review of the record, I adopt the Recommendation in its entirety as my findings in all respects.

Accordingly, this Defendant Cordaieo Jackson is DISMISSED with prejudice.

IT IS SO ORDERED this 8th day of March, 2017.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 80.