IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DEXTER HARMON,** **PLAINTIFF**
ADC #152483

VS. 2:15CV00187-BRW-JTK

**CORDAIEO JACKSON,** *et al.* **DEFENDANTS**

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, I adopt them in their entirety.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 84) is GRANTED, and Plaintiff's Complaint against Defendant is DISMISSED with prejudice. However, the state law negligence claims are DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 24th day of May, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE